**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SALVATORE LAGRECA,

                Plaintiff,

-against-                              23 **CIVIL** 4821 (LAK)

**JUDGMENT**

UNIVERSAL MUSIC GROUP,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 12, 2024, defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        September 12, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                        **BY:**

                                            **Deputy Clerk**